```
McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            )<br>      Plaintiff,   )<br>            )<br>   v.       )<br>            )<br>JORGE CARRILLO,   )<br>            )<br>      Defendant.   )<br>_____) | CR F 06-228 AWI<br><br>ORDER FOR DISMISSAL OF<br>INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant JORGE CARRILLO only in the interest of justice and without prejudice.

IT IS SO ORDERED.

**Dated:   May 8, 2007**              **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE